AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ANTHONY WHITE,

    Plaintiff,

    v.

UNKNOWN OFFICERS and the CITY OF JOLIET,

    Defendants.

**SUMMONS IN A CIVIL CASE**

Case No: **08 C 719**

Assigned Judge:

Designated Magistrate Judge:

**JUDGE HIBBLER**
**MAGISTRATE JUDGE SCHENKIER**

To: Joliet City Clerk
150 W Jefferson St
Joliet, IL  60432-4158

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Blake Horwitz
    LAW OFFICES OF BLAKE HORWITZ, LTD.
    155 N. Michigan, #723
    Chicago, IL  60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    _____
(By) Deputy Clerk    Date

**Michael W. Dobbins, Clerk**



-----------------------------------
**(By) DEPUTY CLERK**

**February 1, 2008**
-----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date 2/25/08 |
| NAME OF SERVER (PRINT) MICHAEL J MAACK | TITLE Arrow Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: Delivered via hand delivery to Joliet City Hall c/o City Clerk 150 W. Jefferson Joliet, IL 60432

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 2/25/08
Date

Signature of Server: Michael J Mack #6445 Arrow

Address of Server: 1322 W. Walton Chicago, IL 60622

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.