IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 719 |
| | ) | |
| UNKNOWN OFFICERS and the | ) | Judge Hibbler |
| CITY OF JOLIET, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:  Ms. Erica E. Faaborg, erica.lobh@gmail.com
Mr. Blake Wolfe Horwitz, lobh@att.net, bwhorwitz@att.net
Ms. Amanda Sunshine Yarusso, asyarusso@att.net

**PLEASE TAKE NOTICE** that on the 25th day of March, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

*UNKNOWN OFFICERS and CITY OF JOLIET, a Municipal Corporation,,*

By: ___/s/ Gregory Smith___
     *One of their attorneys*

Gregory Smith
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06204981

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the matter of:

| | |
|---|---|
| ANTHONY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 719 |
| ) | |
| UNKNOWN OFFICERS and the ) | Judge Hibbler |
| CITY OF JOLIET, ) | Magistrate Judge Schenkier |
| ) | |
| Defendants. ) | |

## ***APPEARANCE***

Appearance is hereby filed by the undersigned as attorney for defendant, UNKNOWN OFFICERS and CITY OF JOLIET.

| | |
|---|---|
| NAME<br>GREGORY SMITH | |
| SIGNATURE<br>/S/ GREGORY SMITH | |
| FIRM<br>CITY OF JOLIET | |
| STREET ADDRESS<br>150 WEST JEFFERSON STREET | |
| CITY/STATE/ZIP<br>JOLIET, ILLINOIS 60432 | |
| IDENTIFICATION NUMBER<br>06204981 | TELEPHONE NUMBER<br>(815) 724-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |