IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 719 |
| ) | |
| UNKNOWN OFFICERS and the ) | Judge Hibbler |
| CITY OF JOLIET, ) | Magistrate Judge Schenkier |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:   Ms. Erica E. Faaborg, erica.lobh@gmail.com
       Mr. Blake Wolfe Horwitz, lobh@att.net, bwhorwitz@att.net
       Ms. Amanda Sunshine Yarusso, asyarusso@att.net

**PLEASE TAKE NOTICE** that on the 25th day of March, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

                                                          Respectfully submitted,


                                                          By:   /s/ Kimberly A. Fladhammer
                                                                  One of their attorneys

Kimberly A. Fladhammer
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06211232

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 25th day of March, 2008.

                                                                /s/ Kimberly A. Fladhammer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY WHITE, | ) | |
|       Plaintiff, | ) | |
| vs. | ) | No. 08 C 719 |
| UNKNOWN OFFICERS and the | ) | Judge Hibbler |
| CITY OF JOLIET, | ) | Magistrate Judge Schenkier |
|       Defendants. | ) | |

### *APPEARANCE*

Appearance is hereby filed by the undersigned as attorney for defendants, UNKNOWN OFFICERS and CITY OF JOLIET.

| NAME |
|---|
| KIMBERLY A. FLADHAMMER |
| SIGNATURE |
| /S/ KIMBERLY A. FLADHAMMER |
| FIRM |
| CITY OF JOLIET |
| STREET ADDRESS |
| 150 WEST JEFFERSON STREET |
| CITY/STATE/ZIP |
| JOLIET, ILLINOIS 60432 |

| IDENTIFICATION NUMBER | TELEPHONE NUMBER |
|---|---|
| 06211232 | (815) 724-3800 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | [X] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | [X] | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | [X] |