**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY WHITE, | |
| Plaintiff, | |
| v. | No. 08-cv-719 |
| UNKNOWN OFFICERS and the CITY OF JOLIET, | JUDGE HIBBLER |
| Defendants. | |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

Please note that the new firm name, address, fax and telephone number for the Law Offices of Blake Horwitz, effective March 31, 2008, are as follows:

Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel: 312-676-2100
Fax: 312-372-7076

This applies to all attorneys for the former Law Offices of Blake Horwitz, including Blake Horwitz, Amanda S. Yarusso, Erica E. Faaborg, Abbas B. Merchant, and Tali K. Albukerk.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Jeffrey Scott Plyman    jplyman@jolietcity.org

Blake Wolfe Horwitz    lobh@att.net,bwhorwitz@att.net

Mary Josephine Kucharz    mkucharz@jolietcity.org

John Patrick Wise    jwise@jolietcity.org

Kimberly Ann Fladhammer     kfladhammer@jolietcity.org

Amanda Sunshine Yarusso     asyarusso@att.net

Gregory Smith     gsmith@jolietcity.org

Erica E. Faaborg     erica.lobh@gmail.com

s/ Blake Horwitz_____
Blake Horwitz
Horwitz, Richardson and Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel:  312-676-2100
Fax:  312-372-7076