IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN OFFICERS and the CITY OF JOLIET,<br><br>    Defendants. | JUDGE HIBBLER<br><br>No. 08-c-719 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

JOINT STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Horwitz        bwhorwitz@att.net

Erica Faaborg        Erica.lobh@gmail.com

Amanda Sunshine Yarusso    asyarusso@att.net

Gregory Smith        Gsmith@jolietcity.org

Mary Josephine Kucharz    mkucharz@joliet city.org

John Patrick Wise    jwise@jolietcity.org

Kimberly Ann Fladhammer    kfladhammer@jolietcity.org

Jeffrey Scott Plyman    jplyman@jolietcity.org


                             s/ Erica Faaborg
                             Erica Faaborg, Esq.


1

Horwitz, Richardson, and Baker, LLC
20 S. Clark, Suite 500
Chicago, IL 60603
Tel: 312-676-2100
Fax: 312-372-7076
Erica.lobh@gmail.com