# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Anthony White

                            Plaintiff,

v.                                                 Case No.: 1:08−cv−00719
                                                 Honorable William J. Hibbler

Unknown Officers, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

       MINUTE entry before Judge Honorable William J. Hibbler: Status hearing held on 5/13/2008 and continued to 6/5/2008 at 09:30 AM. Parties to submit a joint amended discovery schedule to the Court by 6/2/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.