IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY WHITE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN OFFICERS and the CITY OF JOLIET,<br><br>　　Defendants. | JUDGE HIBBLER<br><br>No. 08-c-719 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

AMENDED JOINT STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Horwitz		bwhorwitz@hrbattorneys.com

Erica Faaborg		Efaaborg@hrbattorneys.com

Amanda Sunshine Yarusso	asyarusso@hrbattorneys.com

Gregory Smith		Gsmith@jolietcity.org

Mary Josephine Kucharz	mkucharz@joliet city.org

John Patrick Wise	jwise@jolietcity.org

Kimberly Ann Fladhammer	kfladhammer@jolietcity.org

Jeffrey Scott Plyman	jplyman@jolietcity.org

				s/ Erica Faaborg
				Erica Faaborg, Esq.
				Horwitz, Richardson, and Baker, LLC
				20 S. Clark, Suite 500
				Chicago, IL 60603

1

Tel: 312-676-2100
Fax: 312-372-7076
efaaborg@hrbattorneys.com

2