**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Anthony White
                    Plaintiff,

v.                                   Case No.: 1:08−cv−00719
                                        Honorable William J. Hibbler

Unknown Officers, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 6/5/2008. Plaintiff does not appear. The Court adopts the amended joint status report. Fact discovery cut−off set for 9/15/08. Plaintiff shall comply with FRCP(26)(a)(2) by 10/14/08. Defendant shall comply with FRCP(26)(a)(2) by 11/13/08. Status hearing set for 8/27/2008 at 09:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.