IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN OFFICERS and the CITY OF JOLIET,<br><br>    Defendants. | JUDGE HIBBLER<br><br>No. 08-c-719 |

## NOTICE OF MOTION

On July 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Hibbler at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached PLAINTIFF'S AGREED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT.

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFF'S AGREED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jeffrey Scott Plyman    jplyman@jolietcity.org

Blake Wolfe Horwitz
bhorwitz@hrbattorneys.com,npeters@hrbattorneys.com,lobh@att.net,npeters@erlaw.net,
mpizarro@hrbattorneys.com,mpizarro@erlaw.net

Mary Josephine Kucharz    mkucharz@jolietcity.org

John Patrick Wise    jwise@jolietcity.org

Kimberly Ann Fladhammer    kfladhammer@jolietcity.org

Amanda Sunshine Yarusso    ayarusso@hrbattorneys.com

Gregory Smith    gsmith@jolietcity.org

                                      Respectfully Submitted,

                                      s/ Erica Faaborg
                                      Erica Faaborg
                                      Attorney for the Plaintiff

Horwitz, Richardson & Baker LLC
20 S. Clark Street, Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076