# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 719 | **DATE** | 7/8/2008 |
| **CASE TITLE** | White vs. Unknown Officers, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion for leave to file an amended complaint instanter is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|