## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv719                                 Assigned/Issued By: j. n.

Judge Name:                                          Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons
☐ Third Party Summons                      ☐ Lis Pendens
☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets              ☐ Other
☐ Writ _____                  _____
   *(Type of Writ)*                        _____
                                           *(Type of issuance)*

__6__ Original and __0__ copies on __7-11-08__ as to __SGT. STEFANSKI;__
                                  *(Date)*
LIEUTENANT ROECHNER; OFFICER KELLY; OFFICER KILGORE; OFFICER PALMER;

OFFICER SAWYER