IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 719 |
| | ) |
| LIEUTENANT ROECHNER #34, SGT. MICHAEL REILLY #61, SGT. STEFANSKI #82, OFFICER SAWYER #120, OFFICER KELLY #125, OFFICER PALMER #255, OFFICER KILGORE #332 and the CITY OF JOLIET, | ) Judge Hibbler ) Magistrate Judge Schenkier ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

**TO:**   Ms. Erica E. Faaborg, efaaborg@hrbattorneys.com
Mr. Blake Wolfe Horwitz,
bhorwitz@hrbattorneys.com,ovirola@hrbattorneys.com,
mpizarro@erlaw.net,lobh@att.net,mpizarro@hrbattorneys.com
Ms. Amanda Sunshine Yarusso, ayarusso@hrbattorneys.com

**PLEASE TAKE NOTICE** that on the 16th day of July, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

*Respectfully submitted,*

By:   /s/ Gregory Smith
   *One of their attorneys*

Gregory Smith
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06204981

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the matter of:

| | |
|---|---|
| ANTHONY WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 719 |
| | ) |
| LIEUTENANT ROECHNER #34, SGT. MICHAEL REILLY #61, SGT. STEFANSKI #82, OFFICER SAWYER #120, OFFICER KELLY #125, OFFICER PALMER #255, OFFICER KILGORE #332 and the CITY OF JOLIET, | ) Judge Hibbler<br>) Magistrate Judge Schenkier<br>)<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |

## ***APPEARANCE***

Appearance is hereby filed by the undersigned as attorney for defendants, LIEUTENANT ROECHNER, SGT. MICHAEL REILLY, SGT. STEFANSKI, OFFICER SAWYER, OFFICER KELLY, OFFICER PALMER, and OFFICER KILGORE.

| | |
|---|---|
| NAME<br>GREGORY SMITH | |
| SIGNATURE<br>/S/ GREGORY SMITH | |
| FIRM<br>CITY OF JOLIET | |
| STREET ADDRESS<br>150 WEST JEFFERSON STREET | |
| CITY/STATE/ZIP<br>JOLIET, ILLINOIS 60432 | |
| IDENTIFICATION NUMBER<br>06204981 | TELEPHONE NUMBER<br>(815) 724-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |