IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 719 |
| ) | |
| LIEUTENANT ROECHNER #34, SGT. MICHAEL ) | Judge Hibbler |
| REILLY #61, SGT. STEFANSKI #82, OFFICER ) | Magistrate Judge Schenkier |
| SAWYER #120, OFFICER KELLY #125, OFFICER ) | |
| PALMER #255, OFFICER KILGORE #332 and the ) | |
| CITY OF JOLIET, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**TO:** Ms. Erica E. Faaborg, efaaborg@hrbattorneys.com
Mr. Blake Wolfe Horwitz,
bhorwitz@hrbattorneys.com,ovirola@hrbattorneys.com,
mpizarro@erlaw.net,lobh@att.net,mpizarro@hrbattorneys.com
Ms. Amanda Sunshine Yarusso, ayarusso@hrbattorneys.com

**PLEASE TAKE NOTICE** that on the 16th day of July, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

Respectfully submitted,

Mary J. Kucharz
Assistant Corporation Counsel          By:      /s/ Mary J. Kucharz
City of Joliet                              **One of their attorneys**
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06207207

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 16th day of July, 2008.

/s/ Mary J. Kucharz

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANTHONY WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 719 |
| | ) |
| LIEUTENANT ROECHNER #34, SGT. MICHAEL REILLY #61, SGT. STEFANSKI #82, OFFICER SAWYER #120, OFFICER KELLY #125, OFFICER PALMER #255, OFFICER KILGORE #332 and the CITY OF JOLIET, | ) Judge Hibbler ) Magistrate Judge Schenkier ) ) ) ) |
| | ) |
| Defendants. | ) |

### ***APPEARANCE***

Appearance is hereby filed by the undersigned as attorney for defendants, LIEUTENANT ROECHNER, SGT. MICHAEL REILLY, SGT. STEFANSKI, OFFICER SAWYER, OFFICER KELLY, OFFICER PALMER, and OFFICER KILGORE.

| NAME |
|---|
| MARY J. KUCHARZ |
| SIGNATURE |
| /S/ MARY J. KUCHARZ |
| FIRM |
| CITY OF JOLIET |
| STREET ADDRESS |
| 150 WEST JEFFERSON STREET |
| CITY/STATE/ZIP |
| JOLIET, ILLINOIS 60432 |

| IDENTIFICATION NUMBER | TELEPHONE NUMBER |
|---|---|
| 06207207 | (815) 724-3800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO [X] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO [X] |