IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 719 |
| | ) |
| LIEUTENANT ROECHNER #34, SGT. MICHAEL REILLY #61, SGT. STEFANSKI #82, OFFICER SAWYER #120, OFFICER KELLY #125, OFFICER PALMER #255, OFFICER KILGORE #332 and the CITY OF JOLIET, | ) Judge Hibbler ) Magistrate Judge Schenkier ) ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

**TO:**  Ms. Erica E. Faaborg, efaaborg@hrbattorneys.com
Mr. Blake Wolfe Horwitz,
   bhorwitz@hrbattorneys.com,ovirola@hrbattorneys.com,
   mpizarro@erlaw.net,lobh@att.net,mpizarro@hrbattorneys.com
Ms. Amanda Sunshine Yarusso, ayarusso@hrbattorneys.com

**PLEASE TAKE NOTICE** that on the 16th day of July, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

Respectfully submitted,

By:    /s/ John P. Wise
       **One of their attorneys**

John P. Wise
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06238380

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 16th day of July, 2008.

   /s/ John P. Wise

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANTHONY WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 719 |
| | ) |
| LIEUTENANT ROECHNER #34, SGT. MICHAEL REILLY #61, SGT. STEFANSKI #82, OFFICER SAWYER #120, OFFICER KELLY #125, OFFICER PALMER #255, OFFICER KILGORE #332 and the CITY OF JOLIET, | ) Judge Hibbler ) Magistrate Judge Schenkier ) ) ) ) |
| | ) |
| Defendants. | ) |

### *APPEARANCE*

Appearance is hereby filed by the undersigned as attorney for defendants, LIEUTENANT ROECHNER, SGT. MICHAEL REILLY, SGT. STEFANSKI, OFFICER SAWYER, OFFICER KELLY, OFFICER PALMER, and OFFICER KILGORE.

| | |
|---|---|
| **NAME** <br> JOHN P. WISE | |
| **SIGNATURE** <br> /S/ JOHN P. WISE | |
| **FIRM** <br> CITY OF JOLIET | |
| **STREET ADDRESS** <br> 150 WEST JEFFERSON STREET | |
| **CITY/STATE/ZIP** <br> JOLIET, ILLINOIS 60432 | |
| **IDENTIFICATION NUMBER** <br> 06238380 | **TELEPHONE NUMBER** <br> (815) 724-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO [X] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO [X] |